CLASSEN IMMUNOTHERAPIES,
INC., Plaintiff–Appellant,

v.

SOMAXON PHARMACEUTICALS,
Defendant–Appellee.

No. 2013–1405.

United States Court of Appeals,
Federal Circuit.

Jan. 17, 2014.

Rehearing and Rehearing En Banc
Denied March 21, 2014.

Joseph J. Zito, DNL Zito, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Benjamin C. Deming, of Los Angeles, CA.

Lisa J. Pirozzolo, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, MA, argued for defendant-appellee. With her on the brief were Mark C. Fleming, and David A. Manspeizer, of New York, NY.

NEWMAN, DYK, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.